JANET S. BAER
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re: §
§
GRAYCZYK, ELIZABETH § Case No. 12-48737
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/12/2012. The undersigned trustee was appointed on 12/12/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   10,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 3,650.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of$^{1}$       $ | 6,850.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/22/2013 and the deadline for filing governmental claims was 05/22/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,435.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 0.00 , for a total compensation of $ 0.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/04/2013           By:/s/PHILIP V. MARTINO
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1
Exhibit A

0/1/2010
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:     12-48737     JSB     Judge: JANET S. BAER
Case Name:   GRAYCZYK, ELIZABETH

For Period Ending: 06/04/13

Trustee Name:                       PHILIP V. MARTINO
Date Filed (f) or Converted (c):    12/12/12 (f)
341(a) Meeting Date:                02/06/13
Claims Bar Date:                    05/22/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 573 W. PARKSIDE DRIVE, PALATINE, IL 60067 -- SINGL | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. MONEY IN CHECKING ACCOUNT AT BMO HARRIS BANK | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS & PICTURES | 500.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. HSA W/ ACS/BNY MELLOW | 238.00 | 0.00 | | 0.00 | FA |
| 8. 2009 HONDA ACCORD | 9,463.00 | 0.00 | | 10,500.00 | FA |
| 9. 1993 CHRYSLER CONCORD | 409.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $195,360.00    $0.00         $10,500.00    $0.00
                                                                   Gross Value of Remaining Assets
                                                                   (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/31/13     Current Projected Date of Final Report (TFR): 08/31/13

LFORM1   UST Form 101-7-TFR (5/1/2011) (Page: 3)                                                                    Ver: 17.02d

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-48737 JSB  
Case Name: GRAYCZYK, ELIZABETH  
Taxpayer ID No: *******6290  
For Period Ending: 06/04/13  

Trustee Name: PHILIP V. MARTINO  
Bank Name: Congressional Bank  
Account Number / CD #: ******0874 Congressional Bank  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 05/31/13 | 8 | CarMax | Purchase of Vehicle | 10,500.00 | | 10,500.00 |
| 06/04/13 | 003001 | Elizabeth Grayczyk | Debtor's Exemption in Automobile | | 3,650.00 | 6,850.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 10,500.00 | 3,650.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 10,500.00 | 3,650.00 |
| Less: Payments to Debtors | | | 3,650.00 |
| Net | | 10,500.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | | NET DEPOSITS | NET DISBURSEMENTS |
| TOTAL - ALL ACCOUNTS | | | |
| Congressional Bank - ******0874 | | 10,500.00 | 0.00 |
| | | 10,500.00 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) |

ACCOUNT BALANCE  
6,850.00  
6,850.00  
Total Funds On Hand

Page Subtotals    10,500.00    3,650.00

LFORM2    UST Form 101-7-TFR (5/1/2011) (Page: 4)    Ver: 17.02d

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 04, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-48737  
Debtor Name: GRAYCZYK, ELIZABETH  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $1,202.78 | $0.00 | $1,202.78 |
| 000001<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $260.12 | $0.00 | $260.12 |
| 000002<br>070<br>7100-00 | Asset Acceptance LLC assignee FIA<br>CARD SERV<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $15,479.72 | $0.00 | $15,479.72 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $8,047.62 | $0.00 | $8,047.62 |
| 000004<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $2,726.45 | $0.00 | $2,726.45 |
| 000005<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $11,828.24 | $0.00 | $11,828.24 |
| 000006<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,751.06 | $0.00 | $1,751.06 |
| 000007<br>070<br>7100-00 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $12,347.36 | $0.00 | $12,347.36 |
| 000008<br>070<br>7100-00 | NCEP, LLC, assignee of UNITED<br>DEBT<br>HOLDINGS, LLC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,020.88 | $0.00 | $2,020.88 |
| 000009<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,050.46 | $0.00 | $1,050.46 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 04, 2013 |

Case Number: 12-48737
Debtor Name: GRAYCZYK, ELIZABETH

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | Portfolio Recovery Associates, LLC successor to WORLD FINANCIAL NETWORK BANK PO Box 41067 Norfolk, VA 23541 | Unsecured | | $939.57 | $0.00 | $939.57 |
| 000011 070 7100-00 | Portfolio Recovery Associates, LLC successor to GE CAPITAL RETAIL BANK PO Box 41067 Norfolk, VA 23541 | Unsecured | | $3,208.49 | $0.00 | $3,208.49 |
| | Case Totals: | | | $60,862.75 | $0.00 | $60,862.75 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-48737
Case Name: GRAYCZYK, ELIZABETH
Trustee Name: PHILIP V. MARTINO

Balance on hand $ 6,850.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 1,172.50 | $ 0.00 | $ 1,172.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 30.28 | $ 0.00 | $ 30.28 |

Total to be paid for chapter 7 administrative expenses $ 1,202.78

Remaining Balance $ 5,647.22

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,659.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ 260.12 | $ 0.00 | $ 24.62 |
| 000002 | Asset Acceptance LLC assignee FIA CARD SERV | $ 15,479.72 | $ 0.00 | $ 1,465.26 |
| 000003 | American InfoSource LP as agent for | $ 8,047.62 | $ 0.00 | $ 761.76 |
| 000004 | American InfoSource LP as agent for | $ 2,726.45 | $ 0.00 | $ 258.08 |
| 000005 | Discover Bank | $ 11,828.24 | $ 0.00 | $ 1,119.62 |
| 000006 | Capital One, N.A. | $ 1,751.06 | $ 0.00 | $ 165.75 |
| 000007 | State Farm Bank | $ 12,347.36 | $ 0.00 | $ 1,168.76 |
| 000008 | NCEP, LLC, assignee of UNITED DEBT | $ 2,020.88 | $ 0.00 | $ 191.29 |
| 000009 | Capital Recovery V, LLC | $ 1,050.46 | $ 0.00 | $ 99.43 |
| 000010 | Portfolio Recovery Associates, LLC | $ 939.57 | $ 0.00 | $ 88.94 |
| 000011 | Portfolio Recovery Associates, LLC | $ 3,208.49 | $ 0.00 | $ 303.71 |

Total to be paid to timely general unsecured creditors   $ 5,647.22

Remaining Balance   $ 0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE