JANET S. BAER
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRAYCZYK, ELIZABETH | § | Case No. 12-48737 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/22/2013 in Courtroom 615,
      United States Bankruptcy Court
      219 South Dearborn Street
      Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/20/2013          By: Clerk of the Bankruptcy Court
                    Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                              §
                                    §
GRAYCZYK, ELIZABETH                 §        Case No. 12-48737
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,500.00 |
| and approved disbursements of | $ | 3,650.00 |
| leaving a balance on hand of[1] | $ | 6,850.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 1,435.00 | $ 0.00 | $ 1,435.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 1,172.50 | $ 0.00 | $ 1,172.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 30.28 | $ 0.00 | $ 30.28 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,637.78 |
| Remaining Balance | | $ | 4,212.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,659.97 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for | $ 260.12 | $ 0.00 | $ 18.37 |
| 000002 | Asset Acceptance LLC assignee FIA CARD SERV | $ 15,479.72 | $ 0.00 | $ 1,092.93 |
| 000003 | American InfoSource LP as agent for | $ 8,047.62 | $ 0.00 | $ 568.19 |
| 000004 | American InfoSource LP as agent for | $ 2,726.45 | $ 0.00 | $ 192.50 |
| 000005 | Discover Bank | $ 11,828.24 | $ 0.00 | $ 835.12 |
| 000006 | Capital One, N.A. | $ 1,751.06 | $ 0.00 | $ 123.63 |
| 000007 | State Farm Bank | $ 12,347.36 | $ 0.00 | $ 871.77 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | NCEP, LLC, assignee of UNITED DEBT | $ 2,020.88 | $ 0.00 | $ 142.68 |
| 000009 | Capital Recovery V, LLC | $ 1,050.46 | $ 0.00 | $ 74.17 |
| 000010 | Portfolio Recovery Associates, LLC | $ 939.57 | $ 0.00 | $ 66.33 |
| 000011 | Portfolio Recovery Associates, LLC | $ 3,208.49 | $ 0.00 | $ 226.53 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 4,212.22 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*

*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-48737-JSB
Elizabeth Grayczyk                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: rgreen              Page 1 of 2              Date Rcvd: Sep 23, 2013
                               Form ID: pdf006           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2013.
```
db         +Elizabeth Grayczyk,    573 W. Parkside Drive,    Palatine, IL 60067-9033
aty        +Quarles & Brady LLP,    300 North LaSalle Street,    Suite 4000,    Chicago, IL 60654-5427
19804971   +Alliance Laboratory Physicians, Ltd,    8085 Rivers Ave.,    Suite 100,    Charleston, SC 29406-9239
19804973   +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
20200809    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19804974   +Chase-Bp,    Po Box 15298,    Wilmington, DE 19850-5298
19804975   +Comenity Bank/Lnbryant,    4590 E Broad St,    Columbus, OH 43213-1301
19804978   +Harris & Harris, LTD,    222 Merchandise Mart Plaza,    Suite 1900,    Chicago, IL 60654-1421
19804979    Healthcare Revenue Recovery Group,    POB 189053,    Plantation, FL 33318-9053
19804981   +McHenry County Orthopaedics, S.C.,    420 N. IL Route 31,    Crystal Lake, IL 60012-3718
20342626    NCEP, LLC, assignee of UNITED DEBT,    HOLDINGS, LLC,    c o Becket and Lee LLP,    POB 3001,
             Malvern, PA 19355-0701
19804983   +Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067-4177
19804984   +North Shore Lung Specialists,    1614 W. Central Road,    Suite 107,
             Arlington Heights, IL 60005-2452
20506443   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court:   Portfolio Recovery Associates, LLC,
             successor to GE CAPITAL RETAIL BANK,    PO Box 41067,    Norfolk, VA 23541)
19804986   +Portfolio Recovery Associates, LLC,    c/o Blatt, Hasenmiller, Liebsker &,
             125 S. Wacker Dr., Suite 400,    Chicago, IL 60606-4440
19804985    Portfolio Recovery Associates, LLC,    P.O. Box 12917,    Norfolk, VA 23541
19804987   +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
19804988    Revenue Cycle Solutions,    POB 660943,    Dallas, TX 75266-0943
19804989   +Shell/Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
20207290    State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19804990   +State Farm Financial S,    3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20104282    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 24 2013 02:08:50
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK  73126-8941
20091384   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 24 2013 01:49:29
             Asset Acceptance LLC assignee   FIA CARD SERV,    PO Box 2036,    Warren, MI 48090-2036
19804972   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 24 2013 01:49:29     Asset Acceptance Llc,
             Po Box 1630,    Warren, MI 48090-1630
20453061    E-mail/PDF: rmscedi@recoverycorp.com Sep 24 2013 02:04:11     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20122044    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 24 2013 02:04:06     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19804976   +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 24 2013 02:04:06     Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
19804977   +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2013 02:06:29     Gecrb/Lowes,    Po Box 965005,
             Orlando, FL 32896-5005
19804980   +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 24 2013 01:48:34     Kohls/Capone,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19804982   +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2013 01:49:47     Midland Funding,
             8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
20080821    E-mail/Text: bnc-quantum@quantum3group.com Sep 24 2013 01:57:50
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                             TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20506439*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court:   Portfolio Recovery Associates, LLC,    successor to WORLD FINANCIAL,
             NETWORK BANK,    PO Box 41067,    Norfolk, VA 23541)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2013                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: rgreen              Page 2 of 2              Date Rcvd: Sep 23, 2013
                               Form ID: pdf006           Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2013 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Sarah  Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               milli.zukowsky@quarles.com
              Timothy M Hughes    on behalf of Debtor Elizabeth  Grayczyk thughes@lavellelaw.com
                                                                                             TOTAL: 5
```