JANET S. BAER
# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRAYCZYK, ELIZABETH | § | Case No. 12-48737 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on   . The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/PHILIP V. MARTINO_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Elizabeth Grayczyk |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Nationstar Mortgage Ll 350 Highland Dr Lewisville, TX 75067 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alliance Laboratory Physicians, Ltd 8085 Rivers Ave. Suite 100 Charleston, SC 29406-5967 | | | | | |
| | Asset Acceptance Llc Po Box 1630 Warren, MI 48090 | | | | | |
| | Cap One 26525 N Riverwoods Blvd Mettawa, IL 60045 | | | | | |
| | Chase-Bp Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Harris & Harris, LTD 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | | |
| | Healthcare Revenue Recovery Group POB 189053 Plantation, FL 33318-9053 | | | | | |
| | McHenry County Orthopaedics, S.C. 420 N. IL Route 31 Crystal Lake, IL 60012-3711 | | | | | |
| | North Shore Lung Specialists 1614 W. Central Road Suite 107 Arlington Heights, IL 60005 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Associates, LLC P.O. Box 12917 Norfolk, VA 23541 | | | | | |
| | Portfolio Recovery Associates, LLC c/o Blatt, Hasenmiller, Liebsker & 125 S. Wacker Dr., Suite 400 Chicago, IL 60606 | | | | | |
| | Revenue Cycle Solutions POB 660943 Dallas, TX 75266-0943 | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | ASSET ACCEPTANCE LLC ASSIGNEE FIA C | | | | | |
| 000006 | CAPITAL ONE, N.A. | | | | | |
| 000009 | CAPITAL RECOVERY V, LLC | | | | | |
| 000005 | DISCOVER BANK | | | | | |
| 000008 | NCEP, LLC, ASSIGNEE OF UNITED DEBT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000007 | STATE FARM BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

6/1/2016

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-48737 | JSB | Judge: JANET S. BAER | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | GRAYCZYK, ELIZABETH | | | Date Filed (f) or Converted (c): | 12/12/12 (f) |
| | | | | 341(a) Meeting Date: | 02/06/13 |
| For Period Ending: | 12/23/13 | | | Claims Bar Date: | 05/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 573 W. PARKSIDE DRIVE, PALATINE, IL 60067 -- SINGL | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. MONEY IN CHECKING ACCOUNT AT BMO HARRIS BANK | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS & PICTURES | 500.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. HSA W/ ACS/BNY MELLOW | 238.00 | 0.00 | | 0.00 | FA |
| 8. 2009 HONDA ACCORD | 9,463.00 | 0.00 | | 10,500.00 | FA |
| 9. 1993 CHRYSLER CONCORD | 409.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $195,360.00 | $0.00 | | $10,500.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/31/13    Current Projected Date of Final Report (TFR): 11/15/13

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.04b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-48737 | JSB | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | GRAYCZYK, ELIZABETH | | | Bank Name: | Congressional Bank |
| | | | | Account Number / CD #: | *******0874 Congressional Bank |
| Taxpayer ID No: | *******6290 | | | | |
| For Period Ending: | 12/23/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 05/31/13 | 8 | CarMax | Purchase of Vehicle | 10,500.00 | | 10,500.00 |
| 06/04/13 | 003001 | Elizabeth Grayczyk | Debtor's Exemption in Automobile | | 3,650.00 | 6,850.00 |
| 10/23/13 | 003002 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Expense | | 1,435.00 | 5,415.00 |
| 10/23/13 | 003003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 1,202.78 | 4,212.22 |
| 10/23/13 | 003004 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000001, Payment 7.06213%<br>(1-1) Unsecured Debt | | 18.37 | 4,193.85 |
| 10/23/13 | 003005 | Asset Acceptance LLC assignee FIA CARD SERV<br>PO Box 2036<br>Warren, MI 48090 | Claim 000002, Payment 7.06040% | | 1,092.93 | 3,100.92 |
| 10/23/13 | 003006 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000003, Payment 7.06035% | | 568.19 | 2,532.73 |
| 10/23/13 | 003007 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000004, Payment 7.06046% | | 192.50 | 2,340.23 |
| 10/23/13 | 003008 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000005, Payment 7.06039% | | 835.12 | 1,505.11 |
| 10/23/13 | 003009 | Capital One, N.A.<br>c o Becket and Lee LLP | Claim 000006, Payment 7.06029%<br>(6-1) CREDIT CARD DEBT | | 123.63 | 1,381.48 |
| | | | Page Subtotals | 10,500.00 | 9,118.52 | |

LFORM2

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.04b

FORM 2                                                                                                     Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                              Exhibit 9

| Case No: | 12-48737 | JSB | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | GRAYCZYK, ELIZABETH | | | Bank Name: | Congressional Bank |
| | | | | Account Number / CD #: | *******0874  Congressional Bank |
| Taxpayer ID No: | *******6290 | | | | |
| For Period Ending: | 12/23/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/13 | 003010 | POB 3001<br>Malvern, PA 19355-0701<br>State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 7.06038%<br>(7-1) CREDIT CARD DEBT | | 871.77 | 509.71 |
| 10/23/13 | 003011 | NCEP, LLC, assignee of UNITED DEBT HOLDINGS, LLC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 7.06029%<br>(8-1) CREDIT CARD DEBT | | 142.68 | 367.03 |
| 10/23/13 | 003012 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 7.06072%<br>(9-1) LOWES CONSUMER | | 74.17 | 292.86 |
| 10/23/13 | 003013 | Portfolio Recovery Associates, LLC<br>successor to WORLD FINANCIAL NETWORK BANK<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000010, Payment 7.05961% | | 66.33 | 226.53 |
| 10/23/13 | 003014 | Portfolio Recovery Associates, LLC<br>successor to GE CAPITAL RETAIL BANK<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000011, Payment 7.06033% | | 226.53 | 0.00 |

Page Subtotals        0.00        1,381.48

LFORM2                                                                                       Ver: 17.04b

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-48737   JSB | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | GRAYCZYK, ELIZABETH | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0874  Congressional Bank |
| Taxpayer ID No: | *******6290 | | | |
| For Period Ending: | 12/23/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 10,500.00 | 10,500.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 10,500.00 | 10,500.00 | |
| | | | Less: Payments to Debtors | | 3,650.00 | |
| | | | Net | 10,500.00 | 6,850.00 | |

|  |  |  |
| --- | --- | --- |
| | NET | ACCOUNT |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Congressional Bank - *******0874 | 10,500.00 | 6,850.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,500.00 | 6,850.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

LFORM2

Ver: 17.04b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*